**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

PATRICK THOMPSON,

          **Plaintiff,**

    **v.**

BLOOMBERG INDUSTRY GROUP,
INC.,

          **Defendant.**

**Case No. 1:25-cv-01867-PTG/IDD**

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Bloomberg Industry Group, Inc., by and through its undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56 of the Local Rules of this Court, hereby moves for summary judgment in its favor and against Plaintiff Patrick Thompson on each count set forth in his Complaint for (1) Disability Discrimination under 42 U.S.C. § 12101; (2) Failure to Accommodate under 42 U.S.C. § 12101; (3) Retaliation under 42 U.S.C. § 12203; (4) Disability Discrimination under Va. Code Ann. § 2.2-3900; (5) Failure to Accommodate under Va. Code Ann. § 2.2-3900; and (6) Retaliation under Va. Code Ann. § 2.2-3900.

As set forth in the supporting Memorandum of Law and attached documents, the undisputed facts in this case demonstrate that there are no triable issues of fact on any of Plaintiff's claims. Therefore, Defendant is entitled to judgment on these claims as a matter of law and respectfully requests that the court enter an order granting summary judgment in its favor.

Pursuant to Local Civil Rule 7(E), Plaintiff and Defendant conferred regarding the instant Motion and could not further narrow the area of disagreement despite good-faith efforts.

Dated: July 14, 2026

Respectfully submitted,

/s/   *Laura A. Saracina*
Laura A. Saracina (VA Bar No. 96200)
Donald E. English, Jr. (Admitted Pro Hac Vice)
Gabriella A. Ravida (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
donald.english@morganlewis.com
laura.saracina@morganlewis.com
gabriella.ravida@morganlewis.com

*Attorneys for Defendant Bloomberg Industry Group*