# EXHIBIT B

View Event: Edit Job Profile: Product Manager 2 (INDG)

03:02 PM
07/16/2025
Page 1 of 4

| | |
|---|---|
| **For** | Product Manager 2 (INDG) |
| **Overall Process** | Edit Job Profile: Product Manager 2 (INDG) |
| **Overall Status** | Successfully Completed |

**Details**

**Key Details**

Alert: If you select this date, your edits will only be effective until the next Job Profile change on 09/08/2024.

| | |
|---|---|
| **Effective Date** | 01/01/2024 |
| **Job Profile Name** | Product Manager 2 (INDG) |
| **Default Job Title** | Product Manager 2 (INDG) |
| **Job Code** | 13384 |
| **Include Job Code in Name** | No |
| **Job Family** | Product Enablement 2022 (INDG) |

**Description**

**Job Profile Summary**

**Job Description**

### What you will do:

- Develop and explicitly communicate the product goal.
- Use metrics effectively to make product decisions.
- Develop the product roadmap and drive the vision and strategy.
- Understand and analyze the market.
- Possess the strongest understanding of the product.
- Partner with customers often to understand their needs and receive feedback.
- Develop innovative solutions to some of the hardest problems by collaborating as needed in product areas and functions.

### You need to have:

- Bachelor's degree in a technical field or equivalent experience building/shipping digital products.
- Experience driving product vision, go-to-market strategy, and design discussions.
- Demonstrated understanding of the techniques and methods of modern product discovery and product delivery.
- 3-6 years working on technology-powered products as either a product manager, product designer, engineer, data analyst, data scientist, or user researcher.
- Demonstrated ability to figure out solutions to hard problems with many constraints, using sound judgement to assess risks, and to lay out your argument in a well-structured, data-informed, written narrative.
- Proven ability to engage with engineers, designers, and company leaders in a constructive and collaborative relationship.

**Additional Job Description**

 GF EXHIBIT 6/9/06 Exhibit 17 Planet Depos, LLC

Thompson 000072

## Skill Details

### Skills

#### Skill Levels And Requirements
#### Skill Levels And Requirements

| Skill | Skill Level | Required |
|-------|-------------|----------|
|       |             |          |

## Category Details

| | |
|---|---|
| **Job Category** | INDG |
| **Management Level** | Manager |
| **Job Classifications** | 1.2 - First/Mid-Level Officials and Managers (EEO-1 Job Categories-United States of America)<br>4 - Middle Management - Other (EEO Job Group - (BBNA) - Affirmative Action-United States of America)<br>M - Management (BBNA Employment Class) |
| **Difficulty to Fill** | |
| **Critical Job** | No |
| **Restrict to Country / Territory** | |
| **Inactive** | No |
| **Public Job** | No |
| **Work Shift Required** | No |

## Compensation

| | |
|---|---|
| **Compensation Grade** | M03 |
| **Compensation Grade Profile** | M03 Product 2022 (INDG) Product Enablement 2022 (INDG) |
| **Impacted Eligibility Rules** | M03 Job Profile = 13384 INDG |

### Pay Rate Types

| Country / Territory | Pay Rate Type |
|---------------------|---------------|
| United States of America | Salaried |

### Job Exempt

| Country / Country Region | Job Exempt |
|--------------------------|------------|
| United States of America | Yes |

**Referral Payment Plan**

## Compliance

### Worker's Compensation Codes

| Workers' Compensation Code | Country / Territory | Country Region | Location |
|----------------------------|---------------------|----------------|----------|
| 8810 - Clerical Office Employees NOC (United States of America) | United States of America | | |

**Union Membership**

## Qualifications

## Competencies

Thompson 000073

View Event: Edit Job Profile: Product Manager
2 (INDG)

03:02 PM
07/16/2025
Page 3 of 4

## Competencies from Other Sources

| Required | Competency | Target Rating | Source | Source Type |
|---|---|---|---|---|
| | | | | |

## Equivalence Rule
## Equivalence Rule

| Equivalence Rule | Derived Logic |
|---|---|
| | |

**Product Manager 2 (INDG)**

| | |
|---|---|
| **Section Title** | Insights |

**Job Architecture**

| | |
|---|---|
| **Card Definition Type** | List Card |
| **Card Definition** | Other Job Profiles in this Job Family |
| **On Instance** | 39330!CKKzAhIKCgYIBRCs-wQSABpeCgYIAxDhrgUSVBJSCJrKAxlYCgUIFRCKEBIPLTYyMTM1NzQwODAwMDAxGhIKBggDEOHRBhIICgYIhAIQ2wEaEgoGCAMQ5NEGEggKBgjbARCEHRoKCgYIAxCM1wYSABoKCgYIAxDirgUSABoKCgYIAxDzywUSAA~~*M29jxUpzxfc~ |

**Related Task Instance**

| | |
|---|---|
| **Name** | Other Job Profiles in this Job Family |
| **Title** | Other Job Profiles in this Job Family |
| **Subtitle** | 1 Job Families |
| **Indicator Color** | |
| **Indicator Text** | |
| **Help Text Title** | |
| **Help Text** | |
| **Empty State Text** | |
| **No Card Detail** | |
| **Hub Definition** | |
| **Mask Context** | |
| **External URL** | |
| **Mini Title** | |
| **Card Definition Type** | Simple Card |
| **Card Definition** | Name Number of Active and Inactive Job Profiles |
| **On Instance** | 39330!CKKzAhIKCgYIBRCs-wQSABpeCgYIAxDhrgUSVBJSCJrKAxlYCgUIFRCKEBIPLTYyMTM1NzQwODAwMDAxGhIKBggDEOHRBhIICgYIhAIQ2wEaEgoGCAMQ5NEGEggKBgjbARCEHRoKCgYIAxCM1wYSABoKCgYIAxDirgUSABoKCgYIAxDzywUSAA~~*M29jxUpzxfc~ |

**Related Task Instance**

| | |
|---|---|
| **Name** | Name Number of Active and Inactive Job Profiles |
| **Title** | Job Profiles |
| **Subtitle** | 1379 Active, 2554 Inactive |
| **Indicator Color** | |
| **Indicator Text** | |
| **Help Text Title** | |
| **Help Text** | |
| **Empty State Text** | |
| **No Card Detail** | |
| **Hub Definition** | |

Thompson 000074

View Event: Edit Job Profile: Product Manager
2 (INDG)

03:02 PM
07/16/2025
Page 4 of 4

**Mask Context**
**External URL**
**Mini Title**
**Group Cards**
**Minify**

Process
Process History

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Manage Job Profile | Manage Job Profile | Step Completed | 04/17/2024 01:29:10 PM | | sb125573 / Shanelle Clarke (external load) | 1 | |

Thompson 000075