# EXHIBIT C

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/28/2025

**To:** Mr. Patrick Thompson

██████████████
██████████████

Charge No: 570-2024-03683

EEOC Representative and email:     Robert Hersey
                                   Administrative Support Assistant
                                   Robert.hersey@eeoc.gov

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 570-2024-03683

On behalf of the Commission,

Digitally Signed By:Mindy E. Weinstein
07/28/2025

Mindy E. Weinstein
Director

**Cc:**
Peter Sherman
Bloomberg Industry Group
1801 S. Bell Street
Arlington, VA 22202

Heather E Murray Esq.
Erlich Law Office
1550 Wilson Boulevard Suite 700
Arlington, VA 22209


Please retain this Notice for your records.