# EXHIBIT F

**"Abdeldaim, Fatima" <fabdeldaim@bloombergindustry.com>    4/9/2024    3:48 PM**

Hi Christina.  I just had a conversation with Will Mathews about his employee working from SC.  Here is a quote "  I was in no rush to get rid of him.  He was doing the work these past few months"

**"Abdeldaim, Fatima" <fabdeldaim@bloombergindustry.com>    4/9/2024    3:50 PM**

I asked him if he would be comfortable saying that to Josh.  He said yes.  All of this was during the part of our discussion where I was inquiring as to why he didn't hold Patrick accountable for in office attendance.

**"Abdeldaim, Fatima" <fabdeldaim@bloombergindustry.com>    4/9/2024    3:50 PM**

 ..........He is a Director!.............

**"Abdeldaim, Fatima" <fabdeldaim@bloombergindustry.com>    4/9/2024    4:34 PM**

I am still annoyed from this conversation.....just........



**"Correira, Christina" <ccorreira@bloombergindustry.com>    4/9/2024    7:08 PM**

Ok. Then I'll pass that feedback along.