# EXHIBIT G

Patrick Thompson
Summary of Care, generated on May 27, 2026

## Patient Demographics - Male; born Feb. 17, 1994

| Patient Address | Patient Name | Communication |
|---|---|---|
| ▮▮▮▮▮▮ ▮▮▮▮▮▮ *Former (Feb. 23, 2022 - Jan. 04, 2024):* ▮▮▮▮▮▮ ▮▮▮▮▮▮ | Patrick Thompson *Former / Aliases:* P Thompson | ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ |

| Language | Race / Ethnicity | Marital Status |
|---|---|---|
| English (Preferred) | White / Not Hispanic or Latino | Single |

## Note from Inova Health System and Virginia Heart

This document contains information that was shared with Patrick Thompson. It may not contain the entire record from Inova Health System and Virginia Heart.

## Reason for Visit

| Reason |
|---|
| Establish Care |
| Depression |

## Encounter Details

| Date | Type | Department | Care Team (Latest Contact Info) | Description |
|---|---|---|---|---|
| 01/08/2024 4:00 PM EST | Telemedicine Visit | Inova Primary Care- Crystal City 3600 S Glebe Road Suite 110 Arlington, VA 22202-2365 571-665-6480 | **Gloria O Okereke, DO** 400 Fannon St 3rd Fl Alexandria, VA 22301 571-665-6480 (Work) 571-665-6481 (Fax) | |

## Allergies - documented as of this encounter (statuses as of 05/27/2026)

No known active allergies

## Medications - documented as of this encounter (statuses as of 05/27/2026)

| Medication | Sig | Dispense Quantity | Last Filled | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| Sodium Fluoride 5000 PPM 1.1 % Paste | | | | 04/10/2022 | | Active |
| Cholecalciferol (Vitamin D3) 20 MCG (800 UNIT) Tab | Take 1 capsule by mouth as needed | | | | | Active |
| azelastine (ASTELIN) 0.1 % nasal spray | 1 spray by Nasal route as needed Use in each nostril as directed | | | | | Active |

## Active Problems - documented as of this encounter (statuses as of 05/27/2026)

| Problem | Noted Date | Diagnosed Date |
|---|---|---|
| Chronic insomnia | 09/28/2023 | |
| Attention deficit hyperactivity disorder (ADHD), unspecified ADHD type | 09/28/2023 | |
| History of hyperkalemia | 09/28/2023 | |
| History of vitamin D deficiency | 09/28/2023 | |
| Hyperlipidemia | 01/11/2019 | |

# Resolved Problems - documented as of this encounter (statuses as of 05/27/2026)

| Problem | Noted Date | Diagnosed Date | Resolved Date |
|---|---|---|---|
| Gastroenteritis | 04/01/2023 | | 05/22/2023 |
| Cerumen debris on tympanic membrane of left ear | 03/17/2022 | | 06/08/2022 |
| Family history of high cholesterol | 03/10/2022 | | 03/17/2022 |
| Encounter for wellness examination in adult | 02/28/2022 | | 03/17/2022 |
| Depression | 02/28/2022 | | 03/17/2022 |
| Vitamin D deficiency | 02/01/2022 | | 05/22/2023 |

# Immunizations - documented as of this encounter

| Immunization | Administration Dates | Next Due |
|---|---|---|
| COVID-19 mRNA MONOVALENT vaccine PRIMARY SERIES 12 years and above (Pfizer) 30 mcg/0.3 mL (DILUTE BEFORE USE) | 05/21/2021, 04/27/2021 | |
| HPV human papillomavirus (GARDASIL 9), 9-valent | 09/09/2020 | |
| Influenza (Flu) vaccine | 10/15/2018 | |
| Influenza quadrivalent (FLUCELVAX) MDCK, 6 months and older, 0.5 mL preservative free | 11/18/2022 | |
| Influenza quadrivalent (FLUZONE), 3 years and older, 0.5 mL, preservative free | 09/17/2021, 09/09/2020 | |
| Tdap (tetanus, diphtheria reduced, acellular pertussis) (ADACEL/BOOSTRIX), adsorbed | 01/09/2015 | |

Thompson 000525

# Social History — documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week | | | |
|---|---|---|---|---|
| Yes | 0 (1 standard drink = 0.6 oz pure alcohol) | | | |

| AHC Utilities | Answer | Date Recorded |
|---|---|---|
| In the past 12 months has the electric, gas, oil, or water company threatened to shut off services in your home? | Patient refused | 11/19/2023 |

| Social Connection and Isolation Panel | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | Patient declined | 11/19/2023 |
| How often do you get together with friends or relatives? | Patient declined | 11/19/2023 |
| How often do you attend church or religious services? | Patient declined | 11/19/2023 |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Patient declined | 11/19/2023 |
| How often do you attend meetings of the clubs or organizations you belong to? | Patient declined | 11/19/2023 |
| Are you married, widowed, divorced, separated, never married, or living with a partner? | Patient declined | 11/19/2023 |

| AUDIT-C | Answer | Date Recorded |
|---|---|---|
| Q1: How often do you have a drink containing alcohol? | Patient declined | 11/19/2023 |
| Q2: How many drinks containing alcohol do you have on a typical day when you are drinking? | Patient declined | 11/19/2023 |
| Q3: How often do you have six or more drinks on one occasion? | Patient declined | 11/19/2023 |

| Overall Financial Resource Strain (CARDIA) | Answer | Date Recorded |
|---|---|---|
| How hard is it for you to pay for the very basics like food, housing, medical care, and heating? | Hard | 11/19/2023 |

| PHQ-2 | Answer | Date Recorded |
|---|---|---|
| PHQ2 Score | 4 | 01/08/2024 |

| Finnish Institute of Occupational Health - Occupational Stress Questionnaire | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Patient declined | 11/19/2023 |

| Exercise Vital Sign | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like a brisk walk)? | 6 days | 11/19/2023 |
| On average, how many minutes do you engage in exercise at this level? | 30 min | 11/19/2023 |

| Hunger Vital Sign | Answer | Date Recorded |
|---|---|---|
| Within the past 12 months, you worried that your food would run out before you got the money to buy more. | Patient declined | 11/19/2023 |
| Within the past 12 months, the food you bought just didn't last and you didn't have money to get more. | Patient declined | 11/19/2023 |

| PRAPARE - Transportation | Answer | Date Recorded |
|---|---|---|
| In the past 12 months, has lack of transportation kept you from medical appointments or from getting medications? | Patient declined | 11/19/2023 |
| In the past 12 months, has lack of transportation kept you from meetings, work, or from getting things needed for daily living? | Patient declined | 11/19/2023 |

Thompson 000526

| Housing Stability Vital Sign | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | No | 11/19/2023 |
| In the last 12 months, how many places have you lived? | 2 | 11/19/2023 |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 11/19/2023 |

| PHQ-9 | Answer | Date Recorded |
|---|---|---|
| PHQ Total Score | 18 | 01/08/2024 |

| Adolescent Depression Screening | Answer | Date Recorded |
|---|---|---|
| PHQ2 Score | 4 | 01/08/2024 |

| PHQ9 QUESTION 9 SELF HARM | Answer | Date Recorded |
|---|---|---|
| Thoughts that you would be better off dead, or of hurting yourself in some way | 1 | 01/08/2024 |

| Sex and Gender Information | Value | Date Recorded |
|---|---|---|
| Sex Assigned at Birth | Not on file | |
| Legal Sex | Male | 02/23/2022 4:22 PM EST |
| Gender Identity | Male | 02/28/2022 9:50 AM EST |
| Sexual Orientation | Straight | 02/28/2022 9:50 AM EST |

| Occupation | Industry | Job Start Date | Job End Date |
|---|---|---|---|
| Product Manager | Not on file | Not on file | Not on file |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Functional Status - documented as of this encounter

PHQ Total Score

| Answer | Date of Assessment | Author |
|---|---|---|
| 18 | 01/08/2024 10:39 AM EST | Your Health Care Team |

Are you deaf or do you have serious difficulty hearing?

| Answer | Date of Assessment | Author |
|---|---|---|
| No | 09/28/2023 8:55 AM EDT | Julienne E |

Are you blind or do you have serious difficulty seeing, even when wearing glasses?

| Answer | Date of Assessment | Author |
|---|---|---|
| No | 09/28/2023 8:55 AM EDT | Julienne E |

Do you have serious difficulty walking or climbing stairs? (5 years old or older)

| Answer | Date of Assessment | Author |
|---|---|---|
| No | 09/28/2023 8:55 AM EDT | Julienne E |

Thompson 000527

# Progress Notes - documented in this encounter

## Ricardo A - 01/08/2024 4:00 PM EST

Formatting of this note is different from the original.

Patient was contacted following positive depression screening. Patient verified name, DOB and current location. Patient answered the following questions:

SUICIDE IDEATION DEFINITIONS AND PROMPTS
Ask questions that are bolded and underlined. YES NO
Ask Questions 1 and 2
1) Have you wished you were dead or wished you could go to sleep and not wake up? No
2) Have you actually had any thoughts of killing yourself? No
If YES to #2, ask questions 3, 4, 5, and 6.
If NO to #2, go directly to question 6.
3) Have you been thinking about how you might do this?
4) Have you had these thoughts and had some intention of acting on them?
5) Have you started to work out or worked out the details of how to kill yourself?
Do you intend to carry out this plan?
6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?
If YES, ask: Was this within the past three months?
Patient was - LOW risk based on C-SSRS. Patient was not transferred to BH Crisis Line. Patient was instructed to keep scheduled appointment. If for any reason they don't feel safe between now and scheduled appointment, please call the Suicide Crisis Lifeline at 988 or go to nearest ER.

Electronically signed by Ricardo A at 01/08/2024 2:04 PM EST

## Gloria O Okereke, DO - 01/08/2024 4:00 PM EST

Formatting of this note is different from the original.
Images from the original note were not included.

INOVA PRIMARY CARE- CRYSTAL CITY

TELEMEDICINE (VIDEO) VISIT

Documentation Requirements

Provider and Title: Gloria Okereke, DO
Verbal consent has been obtained from the patient to conduct a VIDEO visit encounter: Yes
Patient currently in Virginia: Yes
Language, if applicable and if translator was required: English

Date of Exam: 1/8/2024 2:00 PM

Patient ID: Patrick Thompson is a 29 y.o. male.
Attending Physician: Gloria O Okereke, DO

Chief Complaint:
Chief Complaint
Patient presents with
Establish Care
Depression
Discuss pt reason needing to have ADA form completed. Due to depression. Mother is sick and needs to spend time with her.

HPI:
Patient is presenting as a new patient to me for depression / anxiety. Reports he follows with a therapist once weekly - through Lyra. He is currently not on any medications for depression and anxiety - states he has been offered medication in the past but declined - did not want to be treated medically. Reports typically diet, exercise, sleep typically helps him. Does not want to be treated with medication. Reports trouble with sleeping, fatigue, poor appetite x since teenage years - worsening in the last few months. Denies SI/HI.

States is mom has breast cancer with mets. His mom lives in south carolina. He states he wants to be able to spend more time with

Thompson 000528

her. Reports his job will need job accomodation in order to work remotely. Patient is a project manager.

Problem List, Medications, and Allergies reviewed: yes


Physical Exam:
Self-reported Vitals: none reported

Pulmonary/Chest: Effort normal. No respiratory distress.
Neurological: patient is alert.
Psychiatric: patient has a normal mood and affect. Patient's behavior is normal. Judgment and thought content normal.


Assessment / Plan:
1. Current moderate episode of major depressive disorder without prior episode
Chronic per patient, currently exacerbated due to mom breast cancer diagnosis. PHQ-9 (+) = 18. Recommend continuation of therapy. Patient states he has declined formal treatment in the past and does not want to start medications today but may be amendable to medication. Recommend follow up visit to discuss medication treatment options. Discussed that supportive documentation will be needed in order to complete forms since patient is new to me and has not been treated in the past. Patient will have his therapist fax over supporting notes. Once received will fill out ADA form for temporary reasonable accomodation for remote work. Recommend follow up in 2 weeks.



Total time spent performing activities on date of service: 20 minutes

Follow-up:
Return if symptoms worsen or fail to improve.

Gloria O Okereke, DO


Electronically signed by Gloria O Okereke, DO at 01/08/2024 2:04 PM EST

## Plan of Treatment - documented as of this encounter
Not on file

## Results - documented in this encounter
Not on file

## Visit Diagnoses - documented in this encounter
Diagnosis

Current moderate episode of major depressive disorder without prior episode (CMS/HCC) - Primary

## Insurance - documented as of this encounter
**Guarantor: Thompson, Patrick**

| Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|
| Personal/Family | Self | ██████ | ██████ (Home) | ██████ |

### ANTHEM BCBS PPO

| Member | Subscriber | Plan / Payer (Effective 01/31/2022-Present) |
|---|---|---|
| Name: Thompson, Patrick | Name: Thompson, Patrick | Payer ID: ██████ |
| Member ID: ██████ | Subscriber ID: ██████ | Group ██████ |
| Relation to Subscriber: Self | | Type: BCBS |
| | | Address: |
| | | PO Box 27401 |
| | | Richmond, VA 23279 |

# Care Teams documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Fatima J Jilani, DO**<br>NPI: 1477016400<br>571-665-6480 (Work)<br>571-665-6481 (Fax) | PCP - General | Family Medicine | 7/22/23 | |

# Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **Fatima J Jilani, DO** (Jul. 22, 2023 - Present)<br>NPI: 1477016400<br>571-665-6480 (Work)<br>571-665-6481 (Fax)<br>Family Medicine<br>**Inova Health System and Virginia Heart**<br>703-889-2000 (Work)<br>servicedesk@inova.org<br>8095 Innovation Park Drive<br>Fairfax, VA 22031 | | Jan. 08, 2024 |

Custodian Organization

**Inova Health System and Virginia Heart**
703-889-2000 (Work)
8095 Innovation Park Drive
Fairfax, VA 22031

| Encounter Providers | Encounter Date |
|---|---|
| **Gloria O Okereke, DO** (Attending)<br>NPI: 1497136733<br>571-665-6480 (Work)<br>571-665-6481 (Fax)<br>400 Fannon St<br>3rd Fl<br>Alexandria, VA 22301<br>Family Medicine | Jan. 08, 2024 |

Legal Authenticator

**Chief H**

Thompson 000530