# EXHIBIT I



# Transcript of Will Matthews

**Date:** June 10, 2026
**Case:** Thompson -v- Bloomberg Industry Group, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** clientservices@planetdepos.com
**planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

---------------------------------x

PATRICK THOMPSON,                      :

                    PLAINTIFF,         : Case No.:

    v.                                 : 1:25-CV-01867-

BLOOMBERG INDUSTRY GROUP, INC.,    : PTG-IDD

                    DEFENDANT.         :

---------------------------------x


DEPOSITION OF WILL MATTHEWS

Washington, District of Columbia

Wednesday, June 10, 2026

10:35 a.m.


Job No.: 637441

Pages: 1 - 40

Recorded By: Alexia Eggleston

Deposition of WILL MATTHEWS,

held at the offices of:


MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, NW

Washington, DC 20004


Pursuant to notice, before Alexia Eggleston,

Notary Public in and for the State of

District of Columbia.

Transcript of Will Matthews
Conducted on June 10, 2026                3

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF, PATRICK THOMPSON:

 JOSHUA ERLICH, ESQUIRE

 SAMUEL PORTER, ESQUIRE

 THE ERLICH LAW OFFICE, PLLC

 1550 Wilson Blvd., Ste. 700

 Arlington, VA 22209

 (703) 791-9087


ON BEHALF OF THE DEFENDANT, BLOOMBERG INDUSTRY

GROUP, INC.:

 DONALD E. ENGLISH, ESQUIRE

 GABRIELLA A RAVIDA, ESQUIRE

 CAROLYN JONES, ESQUIRE

 MORGAN, LEWIS & BOCKIUS LLP

 1111 Pennsylvania Avenue NW

 Washington, DC 20004

 (202) 739-3000

ALSO PRESENT:

 Peter Sherman Esq. - In House at Bloomberg

 Alexa Shyama - Legal Assistant

 Caitlin Mcdonalds - In House at Bloomberg

like that, but I don't know -- you know, I don't know any of the rest of how that process works.

Q    Okay.  Have you -- at any of your time in -- in management at INDG or at Bloomberg before that, whatever the various entities are, have you had an employee that you supervise seek a disability accommodation?

A    Yes.  As far as I know.

Q    Okay.  When was the last time you recall that happening?  Actually, let me ask that differently because we don't need to talk about anything after Mr. Thompson's termination.

A    Okay.

Q    But prior to Mr. Thompson's termination, do you recall the -- the last time someone had sought a disability accommodation who you managed?

A    I don't remember what year it was, but it would've been in the -- in the years between my joining Bloomberg Industry Group and, you know, leaving Bloomberg Government.

Q    Okay.  Do you recall what role that

person was in?

A    It was a research analyst.

Q    Okay.  Do you recall what the accommodation they sought was?

A    I don't know.

Q    Okay.  Do you have any recollection of whether that person received an accommodation?

A    I don't remember.

Q    Okay.  That's fine.  We've talked about the performance review from 2023 that you were part of and you talked a little bit about Mr. Thompson's performance in 2024.

In the period from the beginning of 2024 to Mr. Thompson's termination, had his performance decreased at that point?

A    No.  I would say that it was in line with what his performance had been in 2023 that, you know, we talked about at his review for the -- for the -- for 2023.

Q    Okay.  To your understanding, was there -- was Mr. Thompson's termination related to his performance?

Transcript of Will Matthews
Conducted on June 10, 2026                    22

A     No.

Q     Okay.  Did any of the people that you managed -- again, let's say early 2024.  Did any of the people that you managed work remotely?

A     No.

Q     Okay.  Now among the people that you managed, were those people all employees?  Were -- were some of them independent contractors?

A     I directly managed employees and there were contractors who worked, you know, in support of the research product, which I was managing.

Q     Okay.  Do you recall what roles those contractors filled?

A     There were -- the product management role, there was one product manager contractor and a number of engineering contractors who didn't report directly to me, but we worked closely with.

Q     Who was the product manager contractor?

A     Adrian Wilson.

Q     Okay.

A     Sorry.  There were two.  Adrian Wilson and Matt Sparks.

Transcript of Will Matthews
Conducted on June 10, 2026                    23

Q    Okay.  Was there a difference from what you would -- strike that.

Other than some of the -- than the two -- these two product managers being independent contractors or through a contracting company, so other than that structural issue, was there any difference in the position of products manager as -- as a contractor and product manager as an employee?

A    No.  I would say they were similar.

Q    Okay.  Did those independent contractors who filled the role of product manager work on site?

A    No.

Q    Okay.  Were they full-time remote?

A    Yes.

Q    Okay.  Do you recall -- and this might be something that you don't know or it's just not on your plate, but do you know why some product managers were independent contractors and others were employees?

A    There were probably lots of reasons.  I

Transcript of Will Matthews
Conducted on June 10, 2026                    24

know one of the reasons was that there -- when we
have to find particular expertise that, you know,
we had trouble, you know, staffing in the
Arlington office, that would be a -- that's --
that was -- that explains one of the product
managers.  I don't know why else we would have
contractors for -- for some of these roles.

Q     Okay.  Do you know if Mr. Thompson is
seeking a disability accommodation?

A     Sorry.  Say that again.

Q     Sure.  Do you know if Mr. Thompson is
seeking a disability accommodation?

A     If he is now?

Q     No.  In 2024.

A     No.  My understanding was that he was
seeking an accommodation related to care for his
mother, so something like an FMLA leave.

Q     Okay.  Did Mr. Thompson -- I think I
asked you this specifically, about January,
earlier, but did Mr. Thompson at any point discuss
his own health with you?

A     Not that I recall.

other product managers?

A    Yes.  Part of his role was maintaining this data lake of research content to support other -- other application teams, and so he would've needed to work with any potential consumer, you know, product managers who oversaw consuming products to make sure that they were getting what they needed.

Q    Okay.  So if I understand correctly, and please correct me if I don't, the -- the data lake is effectively a sort of database of information that's been pulled from other Bloomberg products.  And then other product managers, the products that they manage may have had a need to tap into the data lake?

A    That's right.

Q    Okay.

MR. ERLICH:  Let's go off the record.

(A recess was taken.)

THE REPORTER:  We are back on the record.

BY MR. ERLICH:

Transcript of Will Matthews
Conducted on June 10, 2026                    32

Q    Earlier, you mentioned speaking to Fatima in early April 2024 about Mr. Thompson's employment.  Do you recall that?

A    Yep.

Q    Do you recall discussing Mr. Thompson's work performance in that -- in that meeting?

A    No.

Q    Who was the CEO of INDG at that time?

A    Josh Eastright.

Q    Do you recall Fatima asking you anything about communicating with Mr. Eastright about Mr. Thompson?

A    Yes.  I remember her -- I remember talking to her about my feelings about the -- about the situation, and she asked me if I would be comfortable talking to Josh or telling Josh the same thing.  And I don't remember exactly what I said, but that was -- that was the context when that came up.

Q    Okay.  And you just say you don't remember what you said?

A    Not exactly.

Transcript of Will Matthews
Conducted on June 10, 2026                     33

Q    Okay.  Then what was the gist of what you said, if you recall?

A    Something like, it's unfortunate that we would have to let somebody go for not coming back to the office if their performance wasn't kind of triggering that decision on its own.

MR. ERLICH:  Okay.

That's all I have.

MR. ENGLISH:  I have just a few follow-ups and we'll be done.

EXAMINATION BY COUNSEL FOR THE DEFENDANT

BY MR. ENGLISH:

Q    Mr. Matthews, is four days in person or in the office, is that an essential function of a product manager's job?

A    Yes.  I would say so.

Q    Yeah?  Okay.  And -- and why is it important for a product manager, an Arlington-based project product manager, to be in person?

A    Product managers are sort of the hub of new development for our products and because of

the interactive nature of the job, where they're working with engineers and engineering leadership and designers and go-to-market folks, including marketing, they need to be readily available and -- and available to participate in conversations that kind of happen spur of the moment and that happen organically in the office when it comes to figuring out what should be built, how it should be built, how it should be communicated, and all of those kinds of things.

The people are coming through product managers to get things done, and so having product managers available in person for those makes that much easier to accomplish.

Q    And to be clear, we're -- we're -- we're -- are you talking about Arlington-based INDG employees who are product managers?

A    Yeah.

Q    Okay.  And now -- so now I want to talk about independent contractors.  Is it your understanding that INDG would supplement the Arlington-based product manager team with -- with