# EXHIBIT J



# Transcript of Evan Croen

**Date:** June 10, 2026
**Case:** Thompson -v- Bloomberg Industry Group, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** clientservices@planetdepos.com
**planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

------------------------------------x

PATRICK THOMPSON,                          :

                PLAINTIFF,        : Case No.:

  v.                                       : 1:25-CV-01867-

BLOOMBERG INDUSTRY GROUP, INC.,    : PTG-IDD

              DEFENDANT.        :

------------------------------------x

DEPOSITION OF EVAN CROEN

Washington, District of Columbia

Wednesday, June 10, 2026

9:03 a.m.

Job No.: 637441

Pages: 1 - 53

Recorded By: Alexia Eggleston

Deposition of EVAN CROEN,

held at the offices of:


MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, NW

Washington, DC 20004


Pursuant to notice, before Alexia Eggleston,

Notary Public in and for the State of

District of Columbia.

A    I -- I don't think he did the latter part particularly well.  I don't think he brought -- he was not -- he -- he was not particularly effective at generating, validating, and proving out that he should do the -- the sort of additional ideas he had and then collaborating with others to make it happen, I'd say.

Q    Okay.  At the time when Mr. Thompson received his 2023 performance evaluation, you mentioned the rating earlier.

Was there any reason to think his job may have been in jeopardy?

A    No.

Q    Okay.  We mentioned that there was no formal development plan, but he received a 4, which is a -- a rating to my understanding that indicates he needs to improve.

Were there any steps taken, formal or informal, to help him improve?

A    His -- as part of the -- as part of a typical review process, areas for development are -- are presented, I believe they were in his -- in

his actual document.  His manager, Will, would've had conversations with him and is responsible for ensuring that he gets the -- the right coaching or right conversations to -- to ensure that he -- he improves.

Q    Okay.  When was the first time you recall having any conversations about Mr. Thompson's future with the company, whether he would remain employed?

A    I'm not -- I'm not clear on the -- that's kind of generic.  What -- what specifically what?

Q    Sure.  Did you at -- did you at some point come to believe that Mr. Thompson's job was in jeopardy?

A    I'm -- pursuant to his being absent (indiscernible).

Q    For any reason.

A    For any reason?  He -- that his job would be in jeopardy?  I -- I had heard that he had -- that he had moved and there was some discussions in -- in January of '24.  I don't

think there were discussions about -- or I was in a discussion about his job being in jeopardy until much later, towards, you know, March or April when it became clear he was -- he was not returning to the office.

Q    Okay.  In -- in, I think, January, when you first heard anything about Mr. Thompson's attendance, do you recall what you heard and from whom?

A    Yes.  I -- I heard from Will in most likely a one-on-one or conversation like that, that -- that Patrick was not in the office, had not been in the office for a few weeks, and was -- was in conversations with HR about some sort of arrangement regarding his -- his -- his mom's health and -- and needing to work elsewhere.

Q    Okay.  Around that time when you discussed Mr. Thompson with Mr. Matthews, was there any concern about Mr. Thompson's job performance relating to his attendance?

A    It -- it's a requirement of -- of the job and of being a full-time employee in the

Arlington office to be in the office.  So there was concern that he wasn't there and that would impact his continued employment if he didn't return.

Q    Okay.  Was there any discussion about his attendance affecting the other portions of his job?

A    No, I didn't have a conversation about that with Will.

Q    Okay.  So this comes up in January when you're talking to Will Matthews.  When is the next time that Mr. Thompson's attendance or concerns about his attendance come onto your radar?

A    I -- I had -- I don't recall them all individually, but I had passing questions to Will over the next couple of months at various points, just saying where -- where things were.  I think in general, the -- the message back to me was, he's working on it with HR.

I think I started hearing more about it towards, I think, the March time frame when it became clear that things weren't moving and that

we had been sort of -- that -- that this had been persisting for a long time and -- and something needed to be -- to be resolved.

Q    Okay.  When these things came to your attention in like you said, the March time frame, was the concern solely that Mr. Thompson was not at the office or was it also that his job was not getting done outside of that?

A    The discussions were -- were about his attendance.

Q    Okay.  Obviously we've already talked about the -- the 2023 performance review.

A    Uh-huh.

Q    But in the 2024 period when Mr. Thompson was with INDG, did you become aware of any -- of any additional deficiencies in his -- in his performance other than his failure to attend the -- the office in person?

A    No, it was just his failure to -- to be in the office.

Q    Okay.  At some point, Mr. Thompson was -- was terminated.  What was your role in that

termination process?

A    I really didn't have much of a role in it.  I was there for the actual termination, but the determination to -- to terminate and the letter preceding were -- were handled by HR.

Q    Okay.  Did you play any role in the decision-making process to terminate Mr. Thompson?

A    No.

Q    Okay.  Do you know who did play a role in that?

A    My understanding, though not -- though I didn't have conversations with them about this, is that HR did.

Q    Okay.  Did you at any point discuss disability accommodations with Mr. Thompson?

A    No.

Q    Okay.  Did you at any point become aware that Mr. Thompson either was or -- or wasn't seeking disability accommodations?

A    I became aware very late in the process close to his termination time.  I'm not -- can't recall exactly when, but around that.

Q    Okay.  Do you remember how you became aware?

A    Fatima mentioned that there was a -- something -- that there was something going on there, but that was -- that was it.

Q    Okay.  And just for the record, who is Fatima?

A    Fatima is the -- is our HR business partner at the time.

Q    Do you recall what she told you?

A    She just mentioned that there was -- there were some requests going on and that it was in -- it was in process.

Q    Okay.  Did she give you any information on either why he was -- well, I'll do this one at a time and not -- not be confusing unless Mr. -- Mr. English jumps in.

Did -- did you have any understanding from Fatima or elsewhere why Mr. Thompson might be seeking an accommodation?

A    Again, very much towards the end, it was mentioned that there was some medical

BY MR. ERLICH:

Q    Now, looking at -- starting at the top of 562, do you recognize these messages?

A    Yes, I do.

Q    Okay.  And is this Fatima the Fatima that you were referring to earlier?

A    Yes, it is.

Q    Okay.  The second line on this page, Here's a new quirck for you.  I was in no rush to get rid of him.  He was doing the work for the -- for the past few months.

Who is -- or what is your understanding of who that message is about?

A    My understanding is it's a -- it's a message quoting Will Matthews.

Q    Okay.  About whom?

A    About Patrick.

Q    Okay.  And Fatima says, Guess who?  You then say, W.M.

Is that Will Matthews?

A    Yes.

Q    Okay.  And then the next line is a

message from you that says, That's an unhelpful statement.

What did you mean by that?

A    I mean, I -- I don't think that represents the -- the situation, which is what I went on to say.

Q    Okay.  Tell me -- tell me a little bit more about what you mean when you say that you don't think that represents the situation?

A    I found that, you know, especially around this time, which was a little bit after, I believe, when he would've received his -- his performance evaluation, that there were significant deficiencies listed in his performance and that were communicated to him as part of his 4 rating.

So the -- the -- the statement that he was, you know, doing the work and -- and there were -- and -- and the implication that there was no problem with it was -- was clearly untrue, because we -- we communicated to -- to Patrick directly that or -- or Will communicated to

Patrick directly in his review that -- that we had

questions about his performance.

Q    Okay.  Do you recall why you were

speaking to Fatima about Mr. Thompson's

performance?

A    She raised it.

Q    Okay.

A    I was responding to her.

Q    Okay.  You -- when you used the word

unhelpful --

A    Uh-huh.

Q    -- unhelpful sort of towards what,

right?  Was there -- was there a goal here that we

were -- that you were addressing?

A    No, it was just a -- a choice of word

that ultimately was about how I don't think he was

communicating the -- the accuracy -- an accurate

picture of the -- of the situation.

Q    Okay.  Was this -- were these

communications in the context of potentially

terminating Mr. Thompson?

A    I -- I don't recall.  They were -- they

seemed to be in -- in -- in context of -- of Fatima's conversations with Will and he was -- she was communicating what the contents of them were.

Q    Okay.  Did this situation result in Mr. Matthews being disciplined?

A    Yes.

Q    What was your role in that process?

A    I was told by HR that as a result of Will not acting on this quickly enough and allowing him to -- allowing Patrick to -- to work remotely for the period of time that he did work remotely, that I would need to discipline him.  So a letter was drafted for me by HR and I delivered it to Will as a first and final warning.

Q    Okay.  Is Mr. Matthews still with the organization?

A    He is.

Q    Okay.  Considering that was a first and final warning, does that mean he has not been disciplined since?

A    That's correct.

Q    Okay.  Okay.  Now the last message on

562, you say, Which per your info was untrue, mainly because Patrick was inaccurately representing things to Will.

What was Mr. Thompson inaccurately representing?

A    So coming from conversations with Will, who, as he told me, that Patrick was communicating to him that he was working with HR on a resolution to this throughout the whole period since the January conversation I had with Will, per my understanding and talking with -- with Will and -- and sort of as this all wrapped up, Will had communicated to me basically that Patrick had not been working with HR in depth -- in depth on this, that there were a lot of delays in whatever documentation needed to be done.  And -- and like the -- the statement that -- that he was working on it with HR was -- was not true.

And -- and to be honest, it's why -- it's why Will sort of let him continue, it's because he thought, at least this is what Will communicated to me, that -- that Patrick was --